# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| P.S. PRODUCTS, INC., BILLY PENNINGTON, Individually,<br><br>Plaintiffs<br><br>v.<br><br>ALIBABA.COM, INC., and ALIEXPRESS.COM,<br><br>Defendants. | NO. 4:10-cv-1149 JMM<br><br><br><br><br>**ALIBABA.COM, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULES 12(B)(2) AND 12(B)(6), AND, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)** |

Defendant Alibaba.com, Inc. hereby moves this Court to dismiss, and, in the alternative, to transfer venue to the Northern District of California, the Complaint of Plaintiffs' P.S. Products, Inc. and Billy Pennington. This motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), as well as 28 U.S.C. § 1404(a) on the grounds that the Court does not have jurisdiction over Alibaba.com, Inc., that the Complaint fails to state a claim for which relief can be granted, and, in the alternative, that this matter should be transferred to the Northern District of California for the convenience of the parties. This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Annie Jie Xu filed herewith, and all pleadings and papers on file, and such other matters that may be presented to the Court.

1098592.1

-2-

Dated: October 4, 2010            FRIDAY, ELDREDGE & CLARK, LLP

By: /s/   Kevin A. Crass
    Kevin. A. Crass
    crass@fridayfirm.com

400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 376-2011
Facsimile:  (501) 244-5370

Darryl M. Woo, CSB 100513
dwoo@fenwick.com
Ryan J. Marton, CSB 223979
rmarton@fenwick.com
Leslie A. Kramer, CSB 253313
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:       (415) 875-2300
Facsimile:       (415) 281-1350

Attorneys for Defendants
ALIBABA.COM, INC. and
ALIEXPRESS.COM

-3-

## CERTIFICATE OF SERVICE

I, Kevin A. Crass, hereby certify that on October 4, 2010, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Chris H. Stewart**
  arklaw@sbcglobal.net

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fridayfirm.com
Attorneys for Defendants,
Alibaba.com, Inc. and Aliexpress.com