IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

P.S. PRODUCTS, INC.,
BILLY PENNINGTON, individually                               PLAINTIFFS

V.                              4:10CV01149 JMM

ALIBABA.COM INC.,
ALIEXPRESS.COM                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on March 10, 2011, Judgment is hereby entered in favor of Defendants and against the Plaintiffs. The case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of March, 2011.

_____
James M. Moody
United States District Judge